**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**NORTHEASTERN DIVISION**

| | |
|---|---|
| ARTHUR JAMES LONG, | ) |
| Petitioner, | ) |
| vs | ) CIVIL ACTION NO. 00-S-2043-NE |
| WARDEN RALPH HOOKS, et al, | ) |
| Respondents. | ) |

FILED
01 MAY -3 PM 4:0
U.S. DISTRICT COURT
N.D OF ALABAMA

ENTERED
MAY 3 2001

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be dismissed to allow the petitioner to petition the Eleventh Circuit Court of Appeals for permission to file a successive petition in this court. An appropriate order will be entered.

DONE, this **3rd** day of **May**, 2001.

_____
UNITED STATES DISTRICT JUDGE

